

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2019

No. 04-18-00014-CV

Virginia **BRETADO,**
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice (not participating)
                Patricia O. Alvarez (recused)

Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3 ("A motion for rehearing may be granted by a majority of the justices who participated in the decision of the case. Otherwise, it must be denied).

It is so **ORDERED** on this January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court